UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2025
```

SHIKHMAN, PLLC.,

                  Plaintiff,

- against -

JUSTIN HARPER, M.D., and HARPER HOLDINGS, LLC.,

                  Defendants.

**24 Cv. 9065 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff is directed to respond to Defendants' objections to explain why the Complaint has not been properly served and to describe the status of settlement and the prospect of resolution. Plaintiff shall respond to this Order no later than March 25, 2025.

**SO ORDERED.**

Dated:    21 March 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.

1